USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/21/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LI,

                         **Plaintiff,**

       -against-

THE BOYD LAW GROUP, PLLC ET AL,

                         **Defendant.**

**19-cv-04581 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

       It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:     January 21, 2020
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**